Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN AGE INVESTMENTS, LLC., a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-03226-FLA-MAA <br><br> Hon. Fernando L Aenlle−Rocha <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** <br><br> Complaint Filed: April 14, 2021 <br><br> Trial Date: None Set |

NOTICE OF SETTLEMENT

1 | The Plaintiff hereby notifies the Court that a global settlement has been
2 | reached in the above-captioned case and the Parties would like to avoid any
3 | additional expense, and to further the interests of judicial economy.
4 | The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5 | set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6 | parties, will be filed within 45 days.

Dated: July 26, 2021  **MANNING LAW, APC**

By:  */s/ Joseph R. Manning, Jr.  Esq.*
     Joseph R. Manning, Jr., Esq.
     Attorneys for Plaintiff
     Carmen John Perri

NOTICE OF SETTLEMENT